

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-16-00607-CV

**TOLL BROTHERS, INC.**,
Appellant

v.

**BUILDERS FIRST SOURCE-SOUTH TEXAS, L.P.**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-13962
Honorable Larry Noll, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice

Delivered and Filed:  January 4, 2017

DISMISSED

Appellant has filed an unopposed motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id.* 42.1(d).

PER CURIAM